1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LANCE SNEAD,

11          Plaintiff,                    No. CIV S-12-0293 MCE DAD PS

12      v.

13   AURORA LOAN                      ORDER
     SERVICES, LLC, et al.,
14
            Defendants.
15

16   _____/

17          Plaintiff, Lance Snead, is proceeding in this action pro se.  The case was referred

18   to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

19          On November 2, 2011, plaintiff filed a complaint in the Solano County Superior

20   Court.  Defendants removed the matter to this court by notice of removal filed on February 3,

21   2012.  On February 10, 2012, defendants filed a motion to dismiss plaintiff's complaint.  On

22   April 18, 2012, plaintiff filed a proposed amended complaint.

23          Plaintiff is informed that parties are not permitted to amend their pleadings at will.

24   In this regard, Rule 15(a)(1) of the Federal Rules of Civil Procedure provides that "[a] party may

25   amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the

26   pleading is one to which a responsive pleading is required, 21 days after service of a responsive

1

1   pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

2   Here, plaintiff did not file his amended complaint within 21 days of the date defendants were

3   served with the original complaint or within 21 days of the date defendants served their motion to

4   dismiss.  Plaintiff, therefore, is not entitled to amend his complaint as a matter of course.

5           Rule 15(a)(2) provides that "[i]n all other cases, a party may amend its pleading

6   only with the opposing party's written consent or the court's leave."  Here, plaintiff has not

7   obtained the defendants' written consent.  Nor has plaintiff moved the court for leave to amend.

8   Moreover, the court declines to consider further amendments to plaintiff's pleading until after

9   considering defendants' motion to dismiss.  At that time the court will evaluate defendants'

10  motion and, if appropriate, consider whether plaintiff should be granted leave to file an amended

11  complaint.  Accordingly, the court will direct the Clerk to strike plaintiff's proposed amended

12  complaint.

13          IT IS HEREBY ORDERED that the Clerk of the Court shall strike the proposed

14  amended complaint filed by plaintiff April 18, 2012 (Doc. No. 10).

15  DATED: April 24, 2012.

16

17  _____

18  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

19

20  DAD:6
    Ddad1\orders.pro se\snead0293.strike.ord

21

22

23

24

25

26

2