1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LANCE SNEAD,

11            Plaintiff,            No. CIV S-12-0293 MCE DAD PS

12        v.

13   AURORA LOAN            ORDER TO SHOW CAUSE
     SERVICES, LLC, et al.,

14            Defendants.

15   _____/

16         Plaintiff, proceeding pro se, commenced this civil action in the Solano County

17   Superior Court on November 2, 2011, by filing a complaint.  (Def'ts' Notice of Removal (Doc.

18   No. 1-1) at 3.)  Defendants removed the case from state court on February 3, 2012.  (Def'ts'

19   Notice of Removal (Doc. No. 1) at 1.)  The matter has been referred to the undersigned for all

20   purposes encompassed by Local Rule 302(c)(21).

21         On February 10, 2012, defendants filed a motion to dismiss plaintiff's complaint

22   without leave to amend and with prejudice.  (Doc. No. 11.)  Defendants' motion was, however,

23   incorrectly noticed for hearing before the assigned District Judge.  On March 21, 2012,

24   defendants re-noticed their motion for hearing before the undersigned.  On April 18, 2012,

25   plaintiff filed an unauthorized proposed amended complaint.  (Doc. No. 10.)  On April 25, 2012,

26   the undersigned advised plaintiff that his proposed amended complaint was not filed in

1

1  compliance with Rule 15 of the Federal Rules of Civil Procedure and ordered the Clerk of the

2  Court to strike the proposed amended complaint.  (Doc. No. 11.)

3        On May 4, 2012, defendants' unopposed motion to dismiss was heard before the

4  undersigned pursuant to defendants' Notice of Motion filed March 21, 2012.  (Doc. No. 9.)

5  Despite having had ample time, plaintiff did not file written opposition or a statement of non-

6  opposition to the motion to dismiss and did not appear at the hearing of the motion.

7        Pursuant to the Local Rules of Practice for the United States District Court for the

8  Eastern District of California, opposition, if any, to the granting of a motion "shall be in writing

9  and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued)

10 hearing date."  Local Rule 230(c).  "No party will be entitled to be heard in opposition to a

11 motion at oral arguments if opposition to the motion has not been timely filed by that party."  Id.

12 Failure to appear at the hearing of a properly noticed motion may be deemed withdrawal of any

13 written opposition that was timely filed, in the discretion of the court, or may result in the

14 imposition of sanctions.  Local Rule 230(i).  Failure of a party to comply with the Local Rules or

15 any order of the court "may be grounds for imposition by the Court of any and all sanctions

16 authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Any

17 individual representing himself or herself without an attorney is bound by the Federal Rules of

18 Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply

19 with applicable rules and law may be grounds for dismissal or any other sanction appropriate

20 under the Local Rules.  Id.

21       Plaintiff has failed to comply with Local Rule 230.  In light of plaintiff's pro se

22 status and in the interests of justice, the court will provide plaintiff with an opportunity to show

23 good cause for his conduct along with a final opportunity to respond to defendants' pending

24 motion.

25 /////

26 /////

1          IT IS HEREBY ORDERED that:

2          1.  Plaintiff shall show good cause in writing, no later than May 29, 2012, for

3  failing to respond to defendants' motion and shall show why sanctions should not be imposed on

4  him for failing to file timely opposition or non-opposition to the motion and for failing to appear

5  at the properly noticed hearing of the motion;

6          2.  Any response to this order must be filed with the court and served on

7  defendants' attorney of record; the response must be accompanied by opposition or a statement

8  of non-opposition to defendants' motion; if plaintiff files opposition to the motion, he must

9  address all arguments presented in the motion;

10          3.  If plaintiff files opposition to defendants' motion on or before May 29, 2012,

11  defendants' reply, if any, shall be filed and served no later than June 12, 2012; and

12          4.  Plaintiff is cautioned that failure to file and serve a written response to this

13  order, along with opposition or a statement of non-opposition to defendants' motion, will be

14  deemed a statement of non-opposition to the granting of defendants' motion to dismiss this

15  action with prejudice and will also constitute grounds for imposing appropriate sanctions,

16  including dismissal of this action with prejudice for failure to comply with court orders and

17  applicable rules and for lack of prosecution.  See Fed. R. Civ. P. 41(b).

18  DATED: May 4, 2012.

19

20                                        _____

21                                        DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

22  DAD:6
    Ddad1\orders.pro se\snead0293.osc
23

24

25

26

3